# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
| ALEXANDER JUAN JUAREZ | Case Number: 8:07-cr-17-T-23EAJ |
| a/k/a Sebastian Felipe Gaspar | USM Number: 49164-018 |
| | Defendant's Attorney: Maria Guzman, afpd |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one and two of the February 4, 2009, petition (Doc. 52).

| Violation Number | Nature of Violation | Date Violation Ended |
|---|---|---|
| One | New criminal conduct--illegal alien found in the United States following deportation | 10/15/2008 |
| Two | Failure to notify probation officer within seventy-two hours after being arrested or questioned by law enforcement | 10/18/2008 |

The defendant's supervised release is **REVOKED**. The defendant is sentenced as provided in pages two through three of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 2, 2009
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

April 2nd, 2009
Date

DEFENDANT:    ALEXANDER JUAN JUAREZ            Judgment - Page  2  of  3
              a/k/a Sebastian Felipe Gaspar
CASE NUMBER:  8:07-cr-17-T-23EAJ

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  **EIGHTEEN (18) MONTHS, consecutive to the thirty-month sentence imposed in Case No. 2:08-cr-01376-GAF-1, Central District of California**

___   The court makes the following recommendations to the Bureau of Prisons:

_X_   The defendant is remanded to the custody of the United States Marshal.

___   The defendant shall surrender to the United States Marshal for this district:

    ___  at _____ a.m.   p.m.   on _____.

    ___  as notified by the United States Marshal.

___   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___  before 2 p.m. on _____.

    ___  as notified by the United States Marshal.

    ___  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

NO TERM OF SUPERVISION IS IMPOSED.

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation: Sheet 3 - Supervised Release

DEFENDANT: ALEXANDER JUAN JUAREZ
a/k/a Sebastian Felipe Gaspar
CASE NUMBER: 8:07-cr-17-T-23EAJ